**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.134.118.194**

**ISP:** Comcast Cable
**Physical Location:** Rosedale, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/22/2018 00:33:06 | 3A03D24D0EF92C65F7CB484D3EFF81A2E65EAAD4 | Fashion Models |
| 11/25/2017 00:53:08 | 9B5E2FBA9A299578B14F6E857174FB52DB4D11DF | Hippie Chicks |
| 11/25/2017 00:10:31 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 08/20/2017 05:39:25 | 93840136563C1B6B840D1A705E01A1B149A002AD | Summer Sex with Sybil |
| 07/26/2017 21:51:50 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

MD677