**Copyrights-In-Suit for IP Address 73.134.118.194**

**ISP:** Comcast Cable
**Location:** Rosedale, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 02/22/2018 |
| Hippie Chicks | PA0002086111 | 09/01/2017 | 10/11/2017 | 11/25/2017 |
| Kiss From A Rose | PA0002036766 | 09/23/2016 | 12/05/2016 | 11/25/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 08/20/2017 |
| Summer Lovers | PA0002078590 | 07/07/2017 | 08/30/2017 | 07/26/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

MD677